U.S. District Court
Middle District of Tennessee (Cookeville)
CIVIL DOCKET FOR CASE #: 2:22-cv-00026

FILED
2022 AUG -1 PM 3:29
U.S. DISTRICT COURT
DISTRICT OF TN

HONORABLE CHIEF JUDGE WAVERLY D. CRENSHAW, Jr AND THE HONORABLE

MAGISTRATE JUDGE

**Plaintiff**
Gregory R. Webb

V.

**Defendant**
Amanda Worley, Assistant District Attorney

**Defendant**
John Tyler Merchant, Correctional Officer, Bledsoe Prison, TN

**Defendant**
District Attorney, John Doe

**Defendant**
William Ridley, Placed General Sessions Judge

**Defendant**
~~Lewana Castille-Webb~~ Jane Doe, Citizen, "manipulated circumstances through color of law"

**Defendant**
~~Francis Mata Trillo, Citizen~~ Jane Doe, "manipualted circumstances through color of law"

**Defendant**
Kevin Bryant, Crossville, TN Attorney

**Defendant**
Avery York Jr., Citizen, "manipulated circumstances through color of law"

**Defendant**
Howard Glen McDonald, Real Estate Broker and Citizen

**Defendant**
Cumberland County, TN Police Officer, Jane Doe

**Defendant**
Cumberland County, TN Police Officer, John Doe

**Defendant**
Cumberland County, TN Sheriff, John Doe

**Defendant**
Tennessee Board Of Judicial Misconduct

**Defendant**
Cumberland County General Sessions Court and Judge, John Doe

**Defendant**
Cumberland County, Tennessee

**Defendant**
Cumberland County, Tennessee, Judicial Commissioner, John Doe

**Defendant**
Cumberland County, Tennessee, Judicial Commissioner, Jane Doe

**Defendant**
Tennessee Attorney, Jane Doe

## REQUEST AND COMPLAINT: FEDERAL QUESTIONS

I AM THE PRO SE PLAINTIFF, GREGORY R. WEBB. I'M REQUESTING THIS HONORABLE COURT TO GRANT ME 1983 ACTION AGAINST THE NAMED DEFENDANT WHEN MANY OR ALL ARE BOTH PUBLIC OFFICIALS AND RESIDENTS OF SOME OF THE DEFENDANTS ATTEMPTED TO PUSH ME INTO COMITTING **VIOLENCE** AND/OR MAKE ME A **MURDERER**. I CAN PROVE A LOT AS FACT, PERIOD. I WAS TREATED AS THE ABUSER WHEN THE COMPLETE OPPOSITE IS TRUE. I OWN EVIDENCE OF ASSAULTS AGAINST ME, BEING REMOVED FROM MY HOME AFTER BEING

DEMANDED THERE, AND A MANIPULATED CONSPIRACY AGAINST ME. I FILED AN APPROPRIATE ORDER OF PROTECTION WHEN IT WAS ILLEGALLY REVERSED. I CAN PROVE THE REVERSAL WAS ILLEGAL THROUGH BOTH AN OFFICER AND A 911 CALL. THE REVERSAL WAS SEVERLY NEGLIGENT WHEN THE CIRCUMSTANCES COULD HAVE BEEN MUCH DIFFERENT IF I WAS ACTUALLY A VIOLENT PERSON. THE ABUSERS BEING THE DEFENDANT OF AN ORDER OF PROTECTION, WAS ALLOWED TO COME TO MY RESIDENCE, WITHOUT NOTICE, BEFORE THE ORDER OF PROTECTION WAS OUT OF THE SYSTEM OR ILLEGALLY REMOVED WITHOUT MY BEING HEARD. I BELIEVE I COULD DEFEND MYSELF WITH A ONE HIT BLOW BY ANY WAY POSSIBLE WITH OR WITHOUT A WEAPON WITH LITTLE OR NO CONSIQUENCES WHEN SHE WALKED INTO MY HOME HORSE LAUGHING ME. I UNDERSTAND AN EXPARTE BUT THIS SPECIFIC EXPARTE WAS NOT LEGAL. THE OFFICER THAT CAME TO ARREST HER, THERE'S MUCH MORE EVIDENCE WHEN LAW ENFORCEMENT AND/OR THE SHERIFF WAS SUGGESTED BY THE TBI TO MAKE RECORD OR A REPORT ON THIS TERRIBLE MESS SO I COULD TAKE IT TO COURT. I AM PUTTING THIS PREVIOUS STATEMENT AS MY OWN, IN MY OWN WORDS.

I HAVE UTILIZED GRIEVANCE PROCEDURES WHEN I'M IGNORED. I HAVE BEEN REMOVED FROM MY SON'S LIFE ON PURPOSE AS A PUNISHMENT AFTER WRITING A JUDGE UP. I HAVE BEEN JUDGED AND PROSECUTED THROUGH THESE ACTIONS AGAINST ME OVER LIES TOLD BY THE ABUSER. I HAVE BEEN MADE TO THINK I WAS CRAZY WHEN IT'S MY OPINION THE DEFENDANTS MIGHT BE A TO COMFORTABLE WHEN ABUSING THEIR POWER.

THE ABOVE DEFENDANTS HAVE EITHER "TURNED A BLIND EYE", AND/OR HAVE CONSPIRED WITH THIS PERSON WHO IS A REAL DOMESTIC VIOLENCE PREDATOR, WHEN I CAN PROVE IT. I HAVE AUDIO(S) THAT ARE LEGAL WHEN THE DEFENDANTS

NAMED ON A SPECIFIC AUDIO AGREED/ADDMITTED ON AUDIO THAT THEY KNEW THEY WERE BEING RECORDED.

THEY CONTRIBUTED TO AN ACTUAL CONSPIRACY AGAINST ME. I HAVE EXHAUSTED MORE THAN ENOUGH REMEDIES. I HAVE RECEIVED ABSOLUTEY NO RELIEF. I HAVE BEEN SET UP FOR FAILURE AGAINST A TRUE DOMESTIC ABUSER WHO HAS PLACED HERSELF DEEPER AND DEEPER WITH LIES, WHEN SHE HAS ALSO RECEIVED HELP FROM PERSONS INVOLVED IN CORRECTIONS, LOCAL POLITICS, AND LAW ENFORCEMENT. THE LOCAL AND/OR SMALLER COURTS, THE DISTRICT ATTORNEY'S OFFICE, AND OTHERS ARE PURPOSELY ACTING LIKE THEY'VE NOT SEEN MY EVIDENCE NOR ARE THEY ACKNOWLEDGING FACTS. INSTEAD, THEY'VE TRIED FLIPPING THIS NIGHTMARE AGAINST ME WHEN MOST OF THE ABOVE DEFENDANTS BELIEVED I WAS EITHER IGNORANT OR STUPID. THEY'RE NOW ALL AWARE OF THIS BOGUS ``HOSTILE TAKEOVER" WHEN NO PERSON OR ENTITIY IS CORRECTING THEIRSELVES OR THIS SITUATION WHEN I AM THE VICTIM. IT'S HAPPENING AGAINST ME ON PURPOSE AND OUT IN THE OPEN SO THAT THERE'S NO ACCOUNTABILITY. THEIR ACTING SKILLS ARE NOT THAT IMPRESSIVE. THERE'S NUMEROUS RESPECTED INDIVIDUALS WHO KNOW IT'S AN ACT TO TRY AND MAKE ME BELIEVE I'M IN THE WRONG AND IN RETURN, MAKES THEM RIGHT. THEY HAVE TAKEN ADVANTAGE OF ME THROUGH A DISABILITY I HAVE HAD SINCE I WAS ELEVEN YEARS OLD. ATTENTION DEFICIT DISORDER IS AN ISSUE I AM FORCED TO DEAL WITH. I HAVE TWO MAIN FAULTS THAT DO NOT INCLUDE VIOLENCE. INSTEAD, I SOMETIMES HAVE A HARD TIME PLACING THINGS IN ORDER AND/OR KEEPING TRACK OF TIME.

THE FOLLOWING CONSTITUTIONAL RIGHTS AND CRIMES HAVE BEEN VIOLATED AGAINST ME:

1. MALICISIOUS PROSECUTION

2. EQUAL PROTECTION VIOLATIONS

3. DUE PROCESS VIOLATIONS

4. FALSE IMPRISONMENT

5. MALICIOUS PROSECUTION OF A PARENT CONCERNING A CHILD'S WELFARE

6. DISCRIMINATION THROUGH REFUSAL OF SERVICE AND DISCRIMINATION THAT RESULTED IN TERMINATION OF SERVICE

7. MY RIGHT TO GOVERNMENT SERVICES

8. MY RIGHT TO ACCESS THE COURTS AND BE TREATED FAIR BY THE COURTS

9. GOVERNMENT NEGLEGENCE

10. CONSPIRACY

11. NEGLIGENT TORT

12. INTENTIONAL TORT

13. POLICE MISCONDUCT

14. DEPRIVISION OF PROPERTY VIOLATIONS

15. RIGHT TO PETITION THE GOVERNMENT

16. RIGHT TO GRIEVANCE PROCEDURE WITHOUT RETALIATORY TREATMENT

17. THEFT OF PRESCRIPTION ("VIDEO ON DEVICE, USB, AND SD CARDS WHEN ARSON OCCURED WHEN I WAS TAKING MY PRESCRIPTION BACK")

18. EXTORTION

19. FORGERY

20. CONSPIRACY TO FORGE TITLE AGAINST ME

21. ASSAULT

22. RIGHT TO AN ATTORNEY

23. TAMPERING WITH EVIDENCE.. MORE THAN ONCE

24. LAW ENFORCEMENT IGNORING EVIDENCE AND HIDING EVIDENCE FROM ME

I AM REQUESTING THIS CASE AND COURT TO ACCEPT THE USB AND/OR SD CARD I HAVE/WILL SUBMIT FOR DISCOVERY, VIEWING, AND/OR TO SIMPLY PLACE FOR ANY DEFENDANT TO LOOK AT. I WILL ALSO SUBMIT TWO ELECTRONIC DEVICES IN NEAR FUTURE FOR CROSS EXAMINATION IF NEEDED WITH ALL FULL VIDEO AND AUDIO BEING AUTHENTIC HAVING NO EDIT EVIDENCE AVAILABLE. MY THIRD DEVICE IS THE COURT ORDERED COMPUTER EITHER LEWANA, THE DISTRICT ATTORNEY'S OFFICE, OR LAW ENFORCEMETN IS IN POSSESSION OF.

I AM RESPECTFULLY REQUESTING THIS COURT TO NOTE THAT I WILL BE REQUESTING APPROPRIATE INJUNCTIONS BY APPROPRIATE FORM THAT ARE NOT FRIVOLOUS.

I AM REQUESTING THIS COURT TO ACCEPT MY STATEMENT TO BE TRUE. I AM REQUESTING MAXIMUM MONETARY DAMAGES FROM EVERY DEFENDANT WITH MY "OUT OF POCKET", SO FAR BEING AN APPROXIMATE $40,000. NOT INCLUDING THE LOSS OF HOME AND PROPERTY. PUNITIVE, WHEN I'M ALSO REQUESTING ANY OFFICIAL GUILTY OF CONTRIBUTING TO THIS NON-WARRANTED CONSPIRACY AGAINST ME TO STEP DOWN, RESIGN, OR BOTH. THESE OFFICIALS HAVE NOT ARRESTED ME AGAIN BECAUSE THEY NOW KNOW THEY'RE LEGALLY IN THE WRONG. AGAIN, MY SON HAS BEEN UNLAWFULLY HIDDEN FROM ME WHEN MY LITTLE BUDDY HAS POSSIBLY THOUGHT I ABANDONED HIM. I AM FURIOUS TO THESE ACTIONS AGAINST ME. I HAVE HAD A JUDGE NOT ALLOW MY EVIDENCE, A PROSECUTER RELATED TO THE PREVIOUS COURTS JUDGE, WHO'S ALSO PERSONAL FRIENDS WITH TWO MEN WHO ARE IN LOVE WITH A WOMAN WHO HAS COMMITTED NUMEROUS CRIMES AGAINST ME WHEN I CAN PROVE IT. I'VE RECEIVED NO RESPONSE FROM THE SHERIFF CONCERNING THE SUGGESTED

REPORT BECAUSE THERE'S SOMETHING THESE OFFICIALS DO NOT WANT ME TO FIND OUT. THESE OFFICIALS WERE INVOLVED IN SOME KIND OF INVESTIGATION AGAINST ME THAT WAS MANIPULATED BY A FALSE WITNESS, A WOMAN WHO RECENTLY COMMITTED PERJURY WITHOUT CONSIQUENCE, AND ANOTHER JEALOUS MAN WHO USED HIS AUTHORITY IN CORRECTIONS TO MAKE OTHERS BELIEVE THINGS THAT WERE NOT TRUE ABOUT MYSELF. MY ATTORNEY DROPPED ME STATING "BREACH OF CONTRACT", WHEN I CAN HONESTLY PROVED THE CONTRACT WAS BREACHED AGAINST ME WITHIN TWO WEEKS OR LESS OF MY HANDING MY MONEY OVER FOR A DIVORCE WHEN I FILED FIRST FROM ILLINOIS. I WAS THEN DEMANDED HOME, WHEN I CAN EASILY PROVE THIS FACT. I WAS BROUGHT BACK TO BE ABUSED AND IT WASN'T MY CHOICE IF I WANTED TO SEE MY SON. I HAVE AUDIOS WHEN THIS PERSON HAS STATED EVERYTHING SHE WAS GOING TO DO, AND SHE DID IT, WITH THE HELP OF THESE OFFICIALS.

    I HAVE A COURT ORDERED COMPUTER THAT WAS NEVER TURNED OVER THAT HOLDS EVIDENCE WHEN THIS WOMAN ADMITTS IN MORE DETAILS TO THIS CONSPIRACY AGAINST ME. I CAN PROVE MY COMPUTER AND PHONE WAS OBTAINED TO PURPOSELY DO BOGUS SEARCHES TO MAKE ME LOOK LIKE A BAD PERSON. THE FACT IS, DURING ONE OF THE BOGUS SEARCHES, THEY ORDERD TAKE OUT FROM A LAKE TANSI RESTAURANT I HAVE ONLY EATEN AT ONCE IN MY LIFE. THEY ALSO LOOKED UP AMMO FOR A GUN THAT'S THE SAME OR SIMILAR TO A CORRECTIONAL OFFICER'S COMMON POSSESSED WEAPON.

    I AM SEEKING EVERYTHING POSSIBLE FOR RELIEF. MY SON, MY HOME, MY PROPERTY, ETC.. ALL OF THE OFFICIALS DID ACT IN THEIR INDIVIDUAL CAPACITY. THE PREVENT COMPLETE DISMISSAL, I AM STATING THAT ALL OFFICIALS NAMED ACTED IN BOTH THEIR INDIVIDUAL AND OFFICIAL COMPACITY WHEN THEY USED THEIR OFFICIAL CAPACITY POWERS DURING INDIVIDUAL CAPACITY TIMES WITH

FRIENDS, FAMILY, DURING PARTIES, ETC.. ALL OF THESE CITIZENS ACTED IN THEIR INDIVIDUAL COMPACITY BY MANIPULATING THIS WHOLE NIGHTMARE THROUGH COLOR OF LAW. I HAVE BEEN ACCUSED OF PAST CRIMES THAT AREN'T TRUE WHEN AGAIN, THIS IS MY PROSECUTION AND SENTENCING SO FAR. I ALSO BELIEVE THERE WAS AN ATTEMPT FOR A SEALED INDICTMENT. I ALSO BELIEVE THERE'S AN INVESTIGAITON AGAINST ME WHEN THE INVESTIGATION NEEDS TO NOW **STOP!**

    I KNOW SOME OF THE CUMBERLAND COUNTY, TENNESSEE OFFICIALS AND CITIZENS WITH POLITICAL POWER THROUGH THEIR COMMUNITY STATUS AND POLITICAL DONATIONS, IN THE 13TH DISTRICT OF TENNESSEE, NEAR CROSSVILLE, HAVE COMMITTED ACTS AGAINST ME RELATED TO A CONSPIRACY. I KNOW THEY HAVE SLANDERED ME IN FRONT OF MY SON WHO WAS TWELVE YEARS OLD AT THAT TIME, AND HAD RELATIONS WITH MY SOON TO BE X-WIFE. I BELIEVE I AM NOT ALLOWED TO SEE MY SON BECAUSE THESE DEFENDANTS KNOW THAT I WILL PLACE THE REST OF THIS CONSPIRACY AND WRONGDOING AGAINST ME TOGETHER WHEN MY SON AND I GET ALONG GREAT, AWESOME, BEST FRIENDS, ETC.. THESE PEOPLE HAVE PURPOSELY MADE THIS ILLEGAL ACTION AGAINST ME SO THAT MY SON COULD BE COACHED AND SO IT WOULD ALLOW MORE TIME FOR THESE PEOPLE TO FIND A WAY TO INCARCERATE ME.

RESPECTFULLY SUBMITTED,

*Gregory R. Webb*

GREGORY R. WEBB

SIGNED AND SWORN BEFORE ME ON THIS 29TH DAY OF JULY, 2022 IN THE STATE OF TENNESSEE.

*Brittany R. Marcum*

Brittany R. Marcum

**Gregory R. Webb**
4420 Oakwood Drive
#16114
Chattanooga, TN 37416

931 787 7532
perpainto@icloud.com



probably went to see him concerning his favors to Glen which "trickled down", to Lewana. This is fact. I need you to forward to investigators that the comment I made concerning Warner was that officials probably went to see him while he was in the hospital. Again! I was talking about officials going to see him! Once that's cleared up.. maybe those investigators can arrest ~~Lewana~~ then put their investigation towards Glen McDonald and Avery York and possibly Mrs. Amanda Worley. Someone is pushing this case against me so who else

½″
2″

Cit″



      



**Office of the District Attorn...**

MAY 10, 8:10 AM

"Ok" Good morning. I believe there's an investigation against me that's both frivolous and ridiculous. ~~Lowana Webb~~ had committed felonies against me and you guys aren't doing anything about it when this is all going public. Concerning Amanda Worley.. I don't know her.. I don't want to know her. I believe she has been pushing this case against me and I have not seen my son in 9 months now. This is evil.
Concerning Judge Warner, I'm sorry for his



**Office of the District Attorn...**

anything about it when this is all going public.
Concerning Amanda Worley.. I don't know her.. I don't want to know her. I believe she has been pushing this case against me and I have not seen my son in 9 months now. This is evil.
Concerning Judge Warner, I'm sorry for his passing. Had nothing to do with his health nor his death.
I made a comment that people in Nashville probably went to see him concerning his favors to Glen which "trickled down", to ~~Lewana~~. This is fact.
I need you to forward to

"66"


    Aa